LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MICHAEL MURRIETTA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 08-cv-01330-DLB <br><br> STIPULATION AND ORDER EXTENDING FOR DEFENDANT TO FILE BRIEF |

1 | IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the
2 | approval of the Court, that Defendant shall have a 30-day extension of time, up to June 25, 2009,
3 | to file the responsive brief. This extension is requested because Defendant's counsel needs additional
4 | time due to an unusually heavy workload.

Respectfully submitted,

/s/ Young Chul Cho*
YOUNG CHUL CHO
Plaintiff's Attorney
* by Armand Roth by email authorization of 5/20/09

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

Dated: May 21, 2009

/s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **May 21, 2009**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE